CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
DEC 22 2009
JOHN F. CORCORAN, CLERK
BY: S. Taylor
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

**WILLIAM R. COUCH,**
**Plaintiff,**

**Civil Action No. 7:09-cv-00434**

**v.**

**By: Hon. Michael F. Urbanski**
**United States Magistrate Judge**

**JOHN JABE, et al.,**
**Defendant(s).**

**ORDER**

This matter is before the Court upon the defendants' first motion for an extension of time (docket #18) to respond to the plaintiff's amended complaint. For the reasons stated in the motion, it is hereby

**ORDERED**

that defendants' motion for an extension of time is **GRANTED**. Defendants shall file their response **on or before February 1, 2010.**

The Clerk is directed to send a certified copy of this Order to the plaintiff and counsel of record for the defendants.

ENTER: This 22nd day of December, 2009.

United States Magistrate Judge