CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 1 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM R. COUCH, | ) | Civil Action No. 7:09cv00434 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN JABE, *et al.*, | ) | By: Hon. James C. Turk |
|     Defendants. | ) | Senior United States District Judge |
| | ) | |

This case comes before the Court on Plaintiff's Motion to Compel (Dkt. No. 33). This Court granted Plaintiff's Motion for Summary Judgment, and denied Defendants' Motion for Summary Judgment, on August 31, 2010. Accordingly, it is hereby

**ORDERED**

that Plaintiff's Motion to Compel is **DISMISSED** as moot.

The Clerk is directed to send a copy of this order to all counsel of record.

ENTER: This 1st day of September, 2010.

                                              */s/ James C. Turk*
                                             Senior United States District Judge