**WILLIAM R. COUCH, #186347 & #1128941**
**AUGUSTA CORRECTIONAL CENTER**
**1821 ESTALINE VALLEY ROAD**
**CRAIGSVILLE, VIRGINIA 24430**

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 18 2010

JULIA ___, CLERK
BY: ___
DEPUTY CLERK

October 14, 2010

The Honorable John F. Corcoran, Clerk
United States District Court
Western District – Roanoke Division
Post Office Box 1234
Roanoke, Virginia 24006

    Re: **William Couch v. John Jabe, et al**. / Case No. 7:09-cv-00434

Dear Mr. Corcoran:

    By Order dated 09/01/2010 (Dckt. 44), the Court resolved this litigation by granted my motion for summary judgment and denying defendants' motion for summary judgment.

    On 09/09/2010, as the prevailing party, I filed my Motion for Costs and Expenses along with my Verified bill of Costs (Dckt. 46), whereby I asked the court to tax costs to defendants to enable me to recoup my filing fee of $350. I have not received a response from the court or from defendants. I understood that recouping my filing fee was routine. Perhaps I was mistaken.

    Please tell me the status of my motion to tax costs. I appreciate your attention to this matter.

                                       Very truly yours,

                                       William R. Couch

William Cooch, 78841
1921 Estaline Valley Rd.
Craigsville, VA 24430

2400031234

THE HONORABLE JOHN F. CORCORAN, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT - ROANOKE DIVISION
P.O. BOX 1234
ROANOKE, VA 24006