CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 1 8 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **WILLIAM COUCH,** | ) | |
| | ) | **Civil Action No. 7:09-cv-00434** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **JOHN JABE,** | ) | |
| | ) | **By: Hon. James C. Turk** |
| **Defendant.** | ) | **Senior United States District Judge** |

This matter is before the Court on Plaintiff's motion for Costs and Expenses (Dkt. No. 46, 48) pursuant to Federal Rule of Civil Procedure 54(d) filed on September 9, 2010. Defendant has not filed any motion or brief in opposition of Plaintiff's motion. As Plaintiff was the prevailing party in this litigation, it is hereby

### ADJUDGED AND ORDERED

that Plaintiff's motion is granted.

The Clerk is directed to tax Plaintiff's $350.00 filing fee to Defendant and send certified copies of this Order to the Plaintiff and counsel of record for Defendant.

ENTERED:    This _18th_ day of November, 2010.

Senior United States District Judge